JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MANHATTAN BEACH UNIFIED SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>KRISTOPHER BOYER and LEAH BOYER, on their own behalf and on behalf of minor student, A.B., and A.B., a minor,<br><br>Defendants. | CASE NO. 2:16-cv-01236-MWF-PJW<br><br>**JUDGMENT**<br><br>The Hon. Michael W. Fitzgerald |

Having received notice that the Parties have reached a settlement, and having reviewed the Parties' Stipulation regarding same, and which provide for this Court to enter a judgment,

**IT IS ORDERED AND ADJUDGED** that the November 25, 2015, decision rendered by the Office of Administrative Hearings ("OAH") in Case No. 2015040532 is hereby **VACATED.**

///

///

///

**IT IS FURTHER ORDERED AND ADJUDGED** that, except as otherwise agreed to by the parties hereto, each party shall bear its own attorneys' fees and costs in connection with this action.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 30, 2016

_____
Hon. Michael W. Fitzgerald
United States District Judge

00145-00353/3311085.1